IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALYSSA LORENTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer, USAA CASUALTY INSURANCE COMPANY, a foreign insurer, AUTO INJURY SOLUTIONS, INC., a foreign corporation, and JOHN DOE,<br><br>    Defendants. | CV 18-82-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Garrison Property and Casualty Insurance Company ("Garrison") has filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. (Doc. 4.) Good cause appearing, IT IS HEREBY ORDERED that Garrison's motion is GRANTED. Garrison shall file a responsive pleading to Plaintiff's complaint by June 7, 2018.

**IT IS ORDERED**.

DATED this 17th day of May, 2018.

              _____
              TIMOTHY J. CAVAN
              United States Magistrate Judge