IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALYSSA LORENTZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer, AUTO INJURY SOLUTIONS, INC., a foreign corporation, and JOHN DOE,<br><br>　　　　　　Defendants. | CV 18-82-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Auto Injury Solutions Inc. ("AIS") has filed an Unopposed Motion for Extension of Time to File a Reply Brief. (Doc. 16.) Good cause appearing, IT IS HEREBY ORDERED that AIS's motion is GRANTED. AIS shall file its reply brief by September 4, 2018.

**IT IS ORDERED**.

DATED this 15th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge