IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALYSSA LORENTZ,<br><br>              Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer, AUTO INJURY SOLUTIONS, INC., a foreign corporation, and JOHN DOE,<br><br>              Defendants. | CV 18-82-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 42), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 18th day of October, 2019.

                                                _____
                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge